UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRET WHINERY et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. CIV-25-686-G |
| | ) |
| STATE FARM FIRE AND | ) |
| CASUALTY COMPANY et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On June 20, 2025, a Motion to Dismiss (Doc. No. 7) was filed by Defendant Jeff Eaton Insurance Agency, Inc. Plaintiffs Bret Whinery and Barbara Whinery have now filed a Motion to Remand (Doc. No. 13), seeking to remand this matter to state court.

Due to the remand request, a stay of other pending matters is appropriate. *See Adair v. State Farm Fire & Cas. Co.*, No. CIV-23-1056-JD, 2023 WL 9052020, at *1 (W.D. Okla. Dec. 29, 2023).

IT IS THEREFORE ORDERED that the Motion to Dismiss (Doc. No. 7) is hereby STAYED and HELD IN ABEYANCE pending further order of the Court.

IT IS SO ORDERED this 15th day of December, 2025.

CHARLES B. GOODWIN
United States District Judge